UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISTIAN SANCHEZ,
                              Plaintiff,

            -against-

WESTROCK COFFEE COMPANY, LLC,
                             Defendant.
------------------------------------------------------------X

21 Civ. 2352 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 2, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference (Dkt. No. 5);

WHEREAS, the initial pretrial conference is currently scheduled for May 13, 2021, at 10:50 a.m.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **May 10, 2021**, at **noon**.

Dated: May 7, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE